UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Andrew Woolf.

      Plaintiff,

  -against-

Richard Simone,

      Defendants.

No. 18 Civ. 10893 (CM)

**ORDER**

McMahon, J.:

  This court requested a status letter report of the above-captioned case on October 30,

2024. No letter having been sent in response to the court's order at docket #9, this case is hereby

DISMISSED for failure to prosecute.

Dated: November 20, 2024

               _____

                  U.S.D.J

BY ECF TO ALL COUNSEL